```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-14-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

MASTER FILE

1:06-MD-1789 (JFK)

## ORDER FOR ADMISSION PRO HAC VICE

Considering the Certificate of Good Standing and all other documents required by Case Management Order No. 5 submitted by counsel, IT IS HEREBY ORDERED that:

    Applicant's Name: Herbert G. Smith II

    Firm Name: Venable LLP

    Address: 575 7th Street, NW

    City/State/Zip: Washington, DC 20004

    Telephone/Fax: (202) 344-4000/(202) 344-8300

    Email Address: hgsmith@venable.com

is admitted to practice pro hac vice as counsel for Merck & Co., Inc. in the above captioned case in the United States District Court for the Southern District of New York.

Dated: March 14, 2008

New York, New York

                                      /s/ John F. Keenan
                                      United States District Judge

60238454-1.DOC



# United States District Court for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

---

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**HERBERT   G.   SMITH,   II**

was, on the __5th__ day of __May__ A.D. __1997__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __29th__ day of __February__ A.D. 2008.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: _____
Deputy Clerk